# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RANDOLPH S. FROST II, o/b/o,** ) <br> **RANDOLPH S. FROST** ) <br> **Plaintiff,** ) <br> ) <br> vs.   ) <br> ) <br> **MICHAEL J. ASTRUE,** ) <br> **COMMISSIONER OF** ) <br> **SOCIAL SECURITY,** ) <br> **Defendant.** ) <br> **Defendant.** ) <br> _____  \_\_\_\_) | **Case No. 07-4056-JAR** |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner on remand be reversed, and that judgment be entered pursuant to the fourth sentence of 42 U.S.C. § 405(g), remanding this case for further proceedings in accordance with the April 9, 2008 Recommendation and Report (Doc. 16).

**IT IS SO ORDERED**.

Dated this 29th day of April, 2008.

                                       S/   Julie A. Robinson
                                       **Julie A. Robinson**
                                       **United States District Judge**